UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Bradley County Judical Complex

Jimmy L. Samples )
255 gaut street )
Cleveland, TN 37311 )     1:14-cv-21
(Enter above the NAME of the )     Collier
plaintiff in this action.) )     Lee
 )
v. )
Bradley County Justice Dept./Sederal Building. )
_____ )
 )
 )
_____ )
(Enter above the NAME of each
defendant in this action.) )

FILED
JAN 14 2014
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( )

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: On Being housed at thier Secity
         I was Beat up and wrongfully accused.
         Defendants: officer Mc.Mull, officer Rhodes, officer Steve.

         _____

1

2. COURT: (If federal court, name the district; if state court, name the county): District is #006 Bradley county.

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: Judge Randolph.

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) Check into all officers Testomon·es and my Recoo's

6. Approximate date of filing lawsuit: Told is I did I wald Be Killed

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? I filled grievances and fly through them away. Check cobra kiosk at Bradley county Justice ct

2. What was the result? _____

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? I told them through a phone they Have in Booking at the Justice center, Jeff Bowers Has one.

2

2. What was the result? _____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Jimmy Lee Samples

Present address: 225 Gaut St, ~~Ste~~. Cleveland TN 37311

Permanent home address: _____

Address of nearest relative: Jerry & Fairbanks, 8 Dixi Court Dr,

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: _____

Official position: _____

Place of employment: _____

C. Additional defendants: _____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

While incarcerated I was attacked by officer Hynipes and officer Gregory while on B pod. officer Kennedy was witness. in April 2013. at Justice Dept.

in the same year on 3rd shift while taking showers in A pod at Bradley county judical complex. I was knocked out by officer Mcmann Them Dates was around April or May of 2013 on Camera around 1 or 2 in the morning. officer Rhodes was a witness or own looker.
ON Another accasion I was being arrested at the Sky ridge medical center when a certain officer on night shift pulled me out the back seat and in Handcuffs and Broke my right coller bone and took me back on into sky ridge medical center and They took exrays and lyed to me About my Coller bone not being Broke and took me to jail for disorderly conduct. (They wanted to Just let me go for being violent and Barbaric) should Being on Camera and sky ridge medical Hospital.
Sharon D. Thornton (witness)

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I want the court to look into the county police Dept. and federal Buildings. Since they wsn to false Accussec and use me as a federal that is giving information on people and ther trying to get me Killed for being Jesus.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 9 day of January, 2014.

_____
Signature of plaintiff(s)

9

Whitch TLC on TLC HP,
got a bunch of stuff they did
to my Real mother and So called
Doff Brumley/or mother mary
and Joe Reky
samples

1/11/14
11:23 P.M.

Venderbelt/underground
or in a cell,
Please Help I
got a Importent
pices of Insumction
please Help.