UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JIMMY L. SAMPLES, )<br>)<br>Plaintiff, )<br>) Case No. 1:14-CV-21<br>v. )<br>) Judge Curtis L. Collier<br>BRADLEY COUNTY JUSTICE DEPARTMENT, )<br>)<br>Defendant. ) | |

## JUDGMENT ORDER

*Pro se* Plaintiff Jimmy L. Samples ("Plaintiff") filed a complaint against Defendant Bradley County Justice Department ("Defendant") (Court File No. 2) as well as a motion to proceed *in forma pauperis* ("IFP") (Court File No. 1). Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") concluding (1) Plaintiff failed to state a claim upon which relief could be granted because he did not allege facts to support a claim of municipal liability under 42 U.S.C. § 1983, and (2) Plaintiff failed to provide sufficient information from which an indigency determination could be made (Court File No. 6). In a prior order, the magistrate judge provided Plaintiff with 30 days to cure both defects, but he has not done so (Court File No. 5).

Plaintiff has not filed an objection to the R&R within the allotted time. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Court File No. 6) pursuant to 28 U.S.C. § 636(b)(1), **DENIES** Plaintiff's IFP motion (Court File No. 1), and **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ Debra C. Poplin
   CLERK OF COURT