No. 15-5814

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| JIMMY L. SAMPLES, ) <br> ) <br>     Plaintiff-Appellant, ) <br> ) <br> v. ) <br> ) <br> BRADLEY COUNTY JUSTICE DEPARTMENT, ) <br> ) <br>     Defendant-Appellee. ) <br> ) <br> ) | **FILED** <br> Nov 12, 2015 <br> DEBORAH S. HUNT, Clerk <br><br> O R D E R |

Before: NORRIS, ROGERS, and WHITE, Circuit Judges.

    This matter is before the court upon consideration of Jimmy L. Samples's response to this court's order directing him to show cause why his appeal should not be dismissed on the basis of a late notice of appeal, and for his failure to sign the notice of appeal. Samples's response does not address the late notice of appeal. Instead, he appears to argue the merits of his appeal. Also in response to the show-cause order, Samples submitted a signed copy of his notice of appeal.

    The district court entered its judgment on May 6, 2014. Any notice of appeal from that decision was required to be filed by June 5, 2014. *See* Fed. R. App. P. 4(a) and 26(a). Samples filed a notice of appeal on July 23, 2015, stating that he appeals the judgment entered July 21, 2015. No judgment was entered on or near July 21, 2015. The notice of appeal filed in the district court on July 23, 2015, is late as it may apply to the May 6, 2014 judgment. *See id*. Also, the notice of appeal was not signed as required by Federal Rule of Civil Procedure 11(a).

    This court lacks jurisdiction over this late appeal. Samples has corrected the omission of his signature on the notice of appeal by signing a copy of the notice of appeal filed on July 23, 2015. *See Becker v. Montgomery*, 532 U.S. 757, 767 (2001). But the notice of appeal is late,

No. 15-5814
- 2 -

and compliance with Federal Rule of Appellate Procedure 4(a) is a mandatory prerequisite that this court may neither waive nor extend. *Bowles v. Russell*, 551 U.S. 205, 214 (2007); *Ultimate Appliance CC v. Kirby Co.*, 601 F.3d 414, 415-16 (6th Cir. 2010). Federal Rule of Appellate Procedure 26(b) specifically provides that the time for filing a notice of appeal may not be extended except as authorized in Rule 4. We have reviewed the record and find that the exceptions authorized in Rule 4 do not apply in this case.

It is ordered that this appeal is dismissed.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 12, 2015

Mr. Jimmy L. Samples
Bradley County Justice Complex
2290 Blythe Avenue, S.E.
Cleveland, TN 37311-0000

        Re: Case No. 15-5814, *Jimmy Samples v. Bradley County Justice Dept.*
            Originating Case No. : 1:14-cv-00021

Dear Mr. Samples,

   The Court issued the enclosed (Order/Opinion) today in this case.

                               Sincerely yours,

                               s/Robin Baker
                               Case Manager
                               Direct Dial No. 513-564-7027

cc:  Ms. Debra Poplin

Enclosure

No mandate to issue